# Exhibit A



**REPUBLIC OF THE PHILIPPINES**
DEPARTMENT OF FINANCE
**SECURITIES AND EXCHANGE COMMISSION**
**ILOILO EXTENSION OFFICE**
SEC Building, General Hughes Street
Iloilo City



COMPANY REG. NO. <u>**CS201226840**</u>

## CERTIFICATE OF INCORPORATION

**KNOW ALL MEN BY THESE PRESENTS:**

This is to certify that the **Articles of Incorporation** and **By-Laws** of

# AVATAR TECHNOLOGIES PHL, INC.

were duly approved by the Commission on this date upon the issuance of this Certificate of Incorporation in accordance with the Corporation Code of the Philippines (Batas Pambansa Blg. 68), and copies of said Articles and By-Laws are hereto attached.

This Certificate grants juridical personality to the corporation but does not authorize it to undertake business activities requiring a Secondary License from this Commission such as, but not limited to acting as: broker or dealer in securities, government securities eligible dealer (GSED), investment adviser of an investment company, closed-end or open-end investment company, investment house, transfer agent, commodity/financial futures exchange/ broker/merchant, financing company, pre-need plan issuer, general agent in pre-need plans and time shares/club shares/membership certificates issuers or selling agents thereof. Neither does this Certificate constitute as permit to undertake activities for which other government agencies require a license or permit.

**As a registered corporation, it shall submit annually to this Commission the reports indicated at the back of this certificate.**

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the seal of this Commission to be affixed at **Iloilo City, Philippines**, this ___19th___ day of **September,** Two Thousand **Twelve**.



**BY AUTHORITY OF THE COMMISSION:**

**RUSSELL I. ILDESA**
*Officer-in-Charge*

Per SEC Office Order No.116 Series of 2012

# COVER SHEET

| | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|

S.E.C. Registration Number

| A | V | A | T | A | R | | T | E | C | H | N | O | L | O | G | I | E | S | | P | H | L | , | | I | N | C | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

(Company's Full Name)

| E | S | T | R | E | L | L | A | , | | B | U | I | L | D | I | N | G | | S | I | M | O | N | | L | E | D | E | - |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

| S | M | A | | S | T | R | E | E | T | , | J | A | R | O | , | I | L | O | I | L | O | | C | I | T | Y | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

( Business Address : No. Street City / Town / Province )

| Atty. Esther C. Lee-Trimañez |
|--|

Contact Person

| 335-1055 / 337-9964 |
|--|

Company Telephone Number

| 1 | 2 | | 3 | 1 |
|--|--|--|--|--|

*Month*  *Day*
Fiscal Year

| | A | I | B | L |
|--|--|--|--|--|

FORM TYPE

| 0 | 6 | | 3 | 0 |
|--|--|--|--|--|

*Month*  *Day*
Annual Meeting

| | | |
|--|--|--|

Secondary License Type, If Applicable

| | | |
|--|--|--|

Dept. Requiring this Doc.

| |
|--|

Amended Articles Number/Section

Total Amount of Borrowings

| 5 |
|--|

Total No. of Stockholders

| |
|--|

Domestic

| |
|--|

Foreign

To be accomplished by SEC Personnel concerned

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|

File Number

_____

LCU

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|

Document I.D.

_____

Cashier

```
┌ ─ ─ ─ ─ ─ ─ ─ ─ ┐
                 
   S T A M P S    
                 
└ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```



## ARTICLES OF INCORPORATION

### OF

'12 SEP 19 P3 :26

# AVATAR TECHNOLOGIES PHL, INC.

**Know All Men By These Presents:**

The undersigned incorporators, all of legal age and a majority of whom are residents of the Philippines, have this day voluntarily agreed to form a stock corporation under the laws of the Republic of the Philippines.

### THAT WE HEREBY CERTIFY:

**FIRST:**      That the name of the said corporation shall be:

## AVATAR TECHNOLOGIES PHL, INC.

**SECOND:**      A. That the primary purpose of this corporation is

To engage in the business of handling and managing of computer data, data processing, data storage, systems design and analysis, software package development, programming, data communication and related services, and do any and all things necessary and proper in the pursuance of the above objects without engaging in the telecommunications business.

B. That the corporation shall have all the express powers of a corporation as provided for under Section 36 of the Corporation Code of the Philippines.

THIRD:      The place where the principal office of the Corporation is to be established in Estrella Building, Simon Ledesma Street, Jaro, Iloilo City, Philippines.

FOURTH:      The term for which the Corporation is to exist is fifty (50) years from and after the date of incorporation.

FIFTH :   The names, nationalities and addresses of the incorporators of the Corporation are as follows:

| Name | Nationality | Address |
|------|-------------|---------|
| FRANCISCO M. GONZALES, JR. | Filipino | General Luna Street, Iloilo City |
| JOSEPH L. AGARPAO | Filipino | San Isidro Street, Jaro, Iloilo City |
| MAY ROSE B. PUEBLO | Filipino | Calumpang, Molo, Iloilo City |
| JOY C. CAMPOID | Filipino | Deca Homes, Pandac, Pavia |
| AIVAN J. HORTILANO | Filipino | Lacadon, Duenas, Iloilo City |

SIXTH :   The number of directors of said corporation shall be five (5) and the names, nationalities and addresses of the directors who are to serve until their successors are elected and qualified as provided by the By-Laws are as follows:

| Name | Nationality | Address |
|------|-------------|---------|
| FRANCISCO M. GONZALES, JR. | Filipino | General Luna Street, Iloilo City |
| JOSEPH L. AGARPAO | Filipino | San Isidro Street, Jaro, Iloilo City |
| MAY ROSE B. PUEBLO | Filipino | Calumpang, Molo, Iloilo City |
| JOY C. CAMPOID | Filipino | Deca Homes, Pandac, Pavia |
| AIVAN J. HORTILANO | Filipino | Lacadon, Duenas, Iloilo City |

SEVENTH:   The authorized capital stock of the Corporation is **Two Milliion (P2,000,000.00),** Philippine Currency, divided into **Two Thousand (2,000)** shares with a par value of **One Thousand Pesos (P1,000.00)** per share.

EIGHTH: That at least 25% of the authorized capital stock has been subscribed and at least 25% of the total subscription has been paid as follows:

2

| Name | Nationality | No. of Shares | Amount Subscribed | Amount Paid |
|------|-------------|---------------|-------------------|-------------|
| FRANCISCO M. GONZALES, JR. | Filipino | 220 | ₱ 220,000.00 | ₱ 220,000.00 |
| JOSEPH L. AGARPAO | Filipino | 220 | 220,000.00 | 220,000.00 |
| MAY ROSE B. PUEBLO | Filipino | 20 | 20,000.00 | 20,000.00 |
| JOY C. CAMPOID | Filipino | 20 | 20,000.00 | 20,000.00 |
| AIVAN J. HORTILANO | Filipino | 20 | 20,000.00 | 20,000.00 |
|  |  | 500 | ₱ 500,000.00 | ₱ 500,000.00 |

NINTH:     No transfer of stock or interest which would reduce the stock ownership of Filipino citizens to less than the required percentage of the capital stock as provided by existing laws shall be allowed or permitted to be recorded in the proper books of the Corporation.  This restriction shall be indicated in all the stock certificates to be issued by the Corporation.

TENTH:     That **JOSEPH L. AGARPAO** has been elected by the subscribers as Treasurer of the Corporation to act as such until his/her successor is duly elected and qualified in accordance with the By-Laws; and that as such Treasurer, he/she has been authorized to receive for and in the name and for the benefit of the Corporation, all subscriptions paid by the subscribers;

ELEVENTH:   That the corporation manifests its willingness to change its corporate name in the event another person, firm or entity has acquired a prior right to use the said firm name or one deceptively or confusingly similar to it.

IN WITNESS THEREOF, we have set our hands, this _____ day of SEP 1 8 2012 _____, 2012 at Iloilo City, Philippines.


**FRANCISCO M. GONZALES, JR.**
TIN:   300-602-005

**JOSEPH L. AGARPAO**
TIN: 223-908-058

3

**MAY ROSE B. PUEBLO**
TIN: 928-943-781

**JOY C. CAMPOID**
TIN: 938-082-196

**AIVAN J. HORTILANO**
TIN: 410-704-167

Signed in the presence of:

_____     _____

## ACKNOWLEDGMENT

REPUBLIC OF THE PHILIPPINES)
CITY     OF     ILOILO      ) S.S.

    BEFORE ME, Notary Public, for and in Iloilo City, this <u>SEP 1 8 2012</u>, 2012 personally appeared:

| Name | Community Tax Certificate No. | Date & Place Issued |
|------|------------------------------|---------------------|
| FRANCISCO M. GONZALES, JR. | 20770549 | 8-22-2012/ Iloilo City |
| JOSEPH L. AGARPAO | 20777895 | 9-14-2012/ Iloilo City |
| MAY ROSE B. PUEBLO | 20718933 | 3-29-2012/Iloilo City |
| JOY C. CAMPOID | 20718934 | 3-29-2012/Iloilo City |
| AIVAN J. HORTILANO | 20718934 | 9-13-2012/ Iloilo City |

all known to me and to me known to be the same persons who executed the foregoing Articles of Incorporation and they acknowledged to me that the same is their free and voluntary act and deed.

    **IN TESTIMONY WHEREOF**, I have set my hand and affixed my notarial seal hereto on the date and at the place first above written.

Doc. No. 925;
Page No. 52;
Book No. 19;
Series of 2012.

**ESTHER C. LEE-TRIMAÑEZ**
NOTARY PUBLIC
UNTIL DECEMBER 31, 2012
PTR NO. 3622510/01-03-12/I.C.
IBP NO. 855040/01-02-12/I.C.
ROLL NO. 46047
MCLEC. NO. III-0010923/4-16-10

4