ADVERTISEMENT

# Culver City : Slaying Suspect Sought

APRIL 30, 1992
12 AM



Glendale Police are seeking assistance in finding an alleged Culver City gang member suspected of fatally stabbing a Glendale youth at a dance last September.

Detective Robert Masucci said Alain Montilla Francisco, 17, was identified by witnesses as the youth who stabbed Lysander Luis Gonzalez, 19, in the bathroom of the Glendale Masonic Temple on Sept. 20 while Gonzalez was trying to break up a fight.

Since then, however, efforts to locate Francisco in the United States, Canada or his native Philippines have been unsuccessful, and police said they think he is in hiding in California.



to his whereabouts. Until then, his name had been kept confidential because he is a juvenile.

By continuing to use our site, you agree to our Terms of Service and Privacy Policy. You can learn more about how we use cookies by reviewing our Privacy Policy.   Close